RECEIVED
DEC 3 1 2008
Berrien County
Prosecutors Office

THE STATE OF MICHIGAN

IN THE TRIAL COURT FOR THE COUNTY OF BERRIEN

THE PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff,

-v-

RICHARD DAIRREESE SMITH, JR.,
      Defendant.
_____/

**MOTION AND EX PARTE ORDER TO SET ASIDE CONVICTION AND DISMISS CASE**

JUDGE GARY J. BRUCE

File No. 2007 400189 FH

ARTHUR J. COTTER (P38007)
Berrien County Prosecutor
811 Port Street
St. Joseph, MI  49085
(269) 983-7111 Ext. 8311

## MOTION

NOW COMES Arthur J. Cotter, Berrien County Prosecutor, and moves this Court to set aside the conviction of the Defendant in the instant case, dismiss the charge(s), and discharge the Defendant from any remaining sentence imposed in this matter for the reasons that newly discovered evidence indicates that the investigating officer perjured himself in an affidavit pertaining to Defendant's case and this conviction can no longer be sustained.

December 23, 2008

Arthur J. Cotter
Berrien County Prosecuting Attorney

EXHIBIT A

ORDER

At a session of said Court in the City of St. Joseph, Berrien County, Michigan on the 23 day of December, 2008.

PRESENT: THE HONORABLE GARY J. BRUCE, BERRIEN COUNTY CRIMINAL TRIAL JUDGE

UPON READING AND FILING of the Prosecutor's Ex Parte Motion to Set Aside Conviction and Dismiss Case, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's conviction is hereby set aside, the charges are thereupon dismissed, and the Defendant is hereby discharged from any remaining sentence imposed in this matter.

Hon. Gary J. Bruce
Berrien County Criminal Trial Judge

STATE OF MICHIGAN
CIRCUIT COURT FOR COUNTY OF BERRIEN
I certify that I have compared this copy with the original on file in this court & that it is a correct copy of the whole of such original

DEC 30 2008

M. LOUISE STINE
By Denise M. Fleck
Deputy Clerk